**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tina W., Brian W., and Reginald E., Defendants,

Of whom Reginald E. is the Appellant,

In the interest of minor children under the age of 18.

Appellate Case No. 2012-211978

Appeal From Marion County
Arthur E. Morehead, III, Family Court Judge

Unpublished Opinion No. 2012-UP-689
Submitted December 3, 2012 – Filed December 21, 2012

**AFFIRMED**

John C. Thomas, of Conway, for Appellant.

Newton I. Howle, Jr., of Howle Law Firm, of Darlington,
for Respondent.

Stuart Wesley Snow, Sr., of Dusenbury Snow & McGee, PA, of Florence, for Guardian ad Litem.

**PER CURIAM:** Reginald E. appeals a family court order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.